**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 03-2115**

In Re:  SILVER CLIPPER, INCORPORATED,

                                                    Debtor.

- - - - - - - - - - - - - - - - - - - -

SILVER CLIPPER, INCORPORATED,

                                    Debtor - Appellant,

          versus

GEORGE W. LIEBMANN,

                                    Trustee - Appellee.

**No. 03-2116**

In Re:  SILVER CLIPPER, INCORPORATED,

                                                    Debtor.

- - - - - - - - - - - - - - - - - - - -

RON MORGAN,

                                    Claimant - Appellant,

          versus

GEORGE W. LIEBMANN,

                                    Trustee - Appellee.

Appeals from the United States District Court for the District of Maryland, at Baltimore. Andre M. Davis, District Judge. (CA-03-1730-AMD; CA-03-1729-AMD; BK-01-5-9209-SD)

Submitted: April 21, 2004               Decided: May 18, 2004

Before WILLIAMS, MOTZ, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

John B. Stolarz, Baltimore, Maryland, for Appellants. Orbie R. Shively, LIEBMANN & SHIVELY, P.A., Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Silver Clipper, Inc., and Ron Morgan, the sole shareholder of Silver Clipper, appeal from the district court's order affirming the bankruptcy court's order approving the settlement of the claims of Kirk Carter and Reginald Fitzgerald against Silver Clipper. We have reviewed the record, the parties' briefs, and the lower courts' opinions and find no reversible error. See Protective Comm. for Indep. Stockholders of TMT Trailer Ferry, Inc. v. Anderson, 390 U.S. 414, 424-25 (1968). Accordingly, we affirm for the reasons stated by the district court. See Silver Clipper, Inc. v. Liebmann, Nos. CA-03-1730-AMD; CA-03-1729-AMD; BK-01-5-9209-SD (D. Md. Aug. 22, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED